```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                    Case No. 14-05403-JJT
Charles E. Green                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: MMchugh    Page 1 of 1    Date Rcvd: Aug 03, 2016
                    Form ID: pdf010    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2016.
        +Authorized Agent,   Schuylkill County Tax Claim Bureau,   401 North Second Street,
         Pottsville, PA 17901-1756
        +Authorized Agent,   M&T Bank,   PO Box 1508,   Buffalo, NY 14240-1508
        +Authorized Agent,   M&T Bank,   PO Box 1288,   Buffalo, NY 14240-1288

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                                      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2016 at the address(es) listed below:
        Brenda Sue Bishop   on behalf of Creditor    PA Department of Revenue bbishop@attorneygeneral.gov,
         RA-occbankruptcy6@state.pa.us;vcaggiano@attorneygeneral.gov
        Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
        David S. Gellert   on behalf of Debtor Charles E. Green dsgrdg@ptdprolog.net
        Joshua I Goldman   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Steven C Gould   on behalf of Creditor   PA Department of Revenue sgould@attorneygeneral.gov,
         dbiller@attorneygeneral.gov
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                                                              TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|   CHARLES E. GREEN | : | CHAPTER 13 |
| | : | |
|       Debtor | : | CASE NO. 5-14-bk-05403 JJT |
| | : | |
| CHARLES E. GREEN | : | Motion for Sale of Real Estate Free and |
| | : | Clear of Liens and Encumbrances and for |
|       Movant | : | Distribution of Proceeds |
| | : | |
|       v. | : | |
| | : | |
| M & T BANK | : | |
| | : | |
| SCHUYLKILL COUNTY TAX | : | |
| CLAIM BUREAU | : | |
| | : | |
| CHARLES J. DEHART, III, | : | |
| | : | |
|       Respondents | : | |

## ORDER TO SELL REAL ESTATE FREE AND CLEAR
## OF LIENS AND ENCUMBRANCES AND FOR DISTRIBUTION OF PROCEEDS

Upon consideration of the Debtor's Motion for Order to Sell Real Estate Free and Clear of Liens and Encumbrances and to Distribute Sales Proceeds, it is hereby

**ORDERED** that the Debtor, Charles E. Green, and his non-debtor wife, Linda R. Green, shall sell free and clear of liens and encumbrances their interest in Real Estate located at 57 Kutz Road, Schuylkill Haven,, Schuylkill County, Pennsylvania, to Mark Steven Bacon and Lori Ann Bacon for the sum of One Million Two Hundred Seventy-Five Thousand ($1,275,000.00) Dollars. It is further

**ORDERED** that after the payment of real estate taxes, transfer tax, realtor's commission, and customary and reasonable settlement charges, payment in full of the balance due on the first and second liens of M & T Bank, the balance of the proceeds of sale shall be paid to the Debtor.

Dated: August 3, 2016

By the Court,

*John J. Thomas, Bankruptcy Judge*
(RPR)