UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    CHARLES E. GREEN | : | CHAPTER 13 |
| | : | |
|    Debtor | : | CASE NO. 5-14-bk-05403 JJT |
| | : | |
| CHARLES E. GREEN | : | Motion for Sale of Real Estate Free and |
| | : | Clear of Liens and Encumbrances and for |
|    Movant | : | Distribution of Proceeds |
| | : | |
| v. | : | |
| | : | |
| SCHUYLKILL COUNTY TAX | : | |
| CLAIM BUREAU | : | |
| | : | |
| CHARLES J. DEHART, III, | : | |
| | : | |
|    Respondents | : | |

## CERTIFICATE OF SERVICE

David S. Gellert, Esquire, attorney for Charles E. Green, hereby certifies that he served a true and correct copy of the Debtor's Motion for Sale of Real Estate Free and Clear of Liens and Encumbrances and for Distribution of Proceeds, the proposed Order, Agreement of Sale, Certificate of Concurrence, and the Scheduling Order by mailing same by first-class mail, postage prepaid, on September 19, 2016 upon the following parties:

   Authorized Agent, Schuylkill County Tax Claim Bureau, 401 North Second Street, Pottsville, PA 17901;

Charles J. DeHart, III, Esquire, Standing Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036.


Dated:   September 19, 2016           s/   David S. Gellert
                                                   David S. Gellert, Esquire
                                                   David S. Gellert, P.C.
                                                   3506 Perkiomen Avenue
                                                   Reading, PA 19606
                                                   (610) 779-8000
                                                   Fax: (610) 370-1393