```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 14-05403-JJT
Charles E. Green                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5         User: MMchugh              Page 1 of 1         Date Rcvd: Oct 18, 2016
                             Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2016.
            +Authorized Agent, Schuylkill County Tax,  Claim Bureau,  401 North Second Street,
              Pottsville, PA 17901-1756

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2016 at the address(es) listed below:
              Brenda Sue Bishop    on behalf of Creditor    PA Department of Revenue bbishop@attorneygeneral.gov,
               RA-occbankruptcy6@state.pa.us;vcaggiano@attorneygeneral.gov;rroberts@attorneygeneral.gov
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              David S. Gellert    on behalf of Debtor Charles E. Green dsgrdg@ptdprolog.net
              Joshua I Goldman    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Steven C Gould    on behalf of Creditor    PA Department of Revenue sgould@attorneygeneral.gov,
               dbiller@attorneygeneral.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: :
    CHARLES E. GREEN : CHAPTER 13
 :
        Debtor : CASE NO. 5-14-bk-05403 JJT
 :
    CHARLES E. GREEN : Motion for Sale of Real Estate Free and
 : Clear of Liens and Encumbrances and for
        Movant : Distribution of Proceeds
 :
      v. :
 :
    SCHUYLKILL COUNTY TAX :
    CLAIM BUREAU :
 :
    CHARLES J. DEHART, III, :
 :
        Respondents :

## ORDER TO SELL REAL ESTATE

Upon consideration of the Debtor's Motion for Order to Sell Real Estate Free and Clear of Liens and Encumbrances and to Distribute Sales Proceeds, it is hereby

**ORDERED** that the Debtor, Charles E. Green, and his non-debtor wife, Linda R. Green, shall sell their interest in Real Estate located at East Side of Route 183, Schuylkill Haven, Schuylkill County, Pennsylvania to Harold J. Saulnier, II, and Jessica A. Saulnier for the sum of Sixty-Seven Thousand ($67,000.00) Dollars. It is further

**ORDERED** that after the payment of real estate taxes, transfer tax, realtor's commission, and customary and reasonable settlement charges, the balance of the proceeds of sale shall be paid to the Debtor.

Dated: October 17, 2016

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)